# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-66
LT Case No. 16-2018-CF-13497

_____

MAAYAKI RAYSOR,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Jessica J. Yeary, Public Defender, and Victor D. Holder,
Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Adam Wilson, Assistant
Attorney General, Tallahassee, for Appellee.

December 19, 2023

PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————